**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **AVERY WILSON** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No: 4:21-CV-682-DGK** |
| | ) |
| **CTW TRANSPORTATION SERVICES INC.,** | ) |
| **COLBY HARLOW, JACQUELINE WOODS,** | ) |
| **and TIMOTHY IRELAND,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF MOTION FOR "PUSH-BACK" OF ALL DEADLINES PENDING A**
**RULING ON DEFENDANT'S MOTION TO DISMISS UNDER RULE 12 (b)(1)**

Plaintiff, Avery Wilson, respectfully moves this Court to grant a "push-back" of all deadlines pending a ruling on Defendant's Motion to Dismiss. Plaintiff is of the position that the costly, time consuming and burdensome obligations of discovery need not be necessary should this Court later find that this Court lacks subject matter jurisdiction to adjudicate this case.

RESPECTFULLY SUBMITTED, this 3rd day of January, 2022.

*/s/ Avery Wilson*
Avery Wilson
Plaintiff *Pro Se*
310 Armour Road
Suite 214
Kansas City, MO 64116
Cellular: 332-400-7444
Fax: 816-605-1023
avery@simpaticofreight.com

1

<u>CERTIFICATE OF SERVICE</u>

I certify that on 3rd January, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the Following CM/ECF registrant:

Floyd R. Finch, Jr., Esq. (ffinch@kcbusinesstriallawyers.com)

*Attorney for Defendants*

<u>*/s/ Avery Wilson*</u>
Avery Wilson
Plaintiff *Pro Se*
310 Armour Road
Suite 214
Kansas City, MO 64116
Cellular: 332-400-7444
Fax: 816-605-1023
avery@simpaticofreight.com